**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WOLFGANG WEISE,

       Plaintiff,

vs.

U.S. DEPARTMENT OF STATE, et al.,

       Defendants.

**No. 26-cv-4422 (LJL)**
No. 24-cv-5760 [related]

**ORDER TO SHOW CAUSE**
**AND**
**TEMPORARY RESTRAINING ORDER**

Upon the Complaint filed in this action, Plaintiff's Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, the Declaration of Wolfgang Weise, the Declaration of Sami Elamad, and the exhibits submitted in support thereof, it is

**ORDERED** that Defendant U.S. Department of State is hereby ordered to show cause before this Court, United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the ___ day of _____, 2026, at :__ .m., or as soon thereafter as counsel may be heard, why an order should not be entered under Rule 65 of the Federal Rules of Civil Procedure and 5 U.S.C. § 705:

1. Enjoining the Department from collecting, garnishing, offsetting, referring, reporting, or otherwise enforcing the disputed repatriation-loan debt against Plaintiff during the pendency of this action or until further order of the Court;

2. Directing the Department to take all necessary steps to suspend or stop any ongoing garnishment or offset of Plaintiff's Social Security benefits;

3. Directing the Department to notify any agency, office, contractor, or collection entity involved in collecting the disputed debt that collection activity must be suspended; and

4.  Granting such other and further relief as the Court deems just and proper.

Sufficient reason having been shown, it is hereby:

**ORDERED** that, pending the hearing and determination of Plaintiff's motion for temporary restraining order and preliminary injunction, Defendant U.S. Department of State, its officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with it who receive actual notice of this Order, are temporarily RESTRAINED AND ENJOINED from collecting, garnishing, offsetting, referring, reporting, or otherwise enforcing the disputed repatriation-loan debt against Plaintiff; and it is further

**ORDERED** that service of a copy of this Order, together with the papers upon which it is based, shall be made upon counsel for Defendant U.S. Department of State by email on or before _____, 2026, and that such service shall be deemed good and sufficient service; and it is further

**ORDERED** that Defendant shall file and serve any opposition papers on or before _____, 2026, at : \_\_.m.; and it is further

**ORDERED** that Plaintiff shall file and serve any reply papers on or before _____, 2026, at : \_\_.m.; and it is further

**ORDERED** that no bond shall be required.


SO ORDERED.


Dated: _____, 2026
New York, New York

_____
United States District Judge