# EXHIBIT 1

## Sami Elamad

| | |
|---|---|
| **From:** | Sami Elamad <sami@the-atlantic-foundation.org> |
| **Sent:** | Tuesday, April 14, 2026 11:14 AM |
| **To:** | 'RAMIREZ-FISHER, LESLIE (USANYS)' |
| **Subject:** | RE: RE: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760) |

Good morning – I wanted to quickly follow up from my prior conversations to check in.

Thanks, Sami

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Wednesday, April 1, 2026 12:19 PM
**To:** 'RAMIREZ-FISHER, LESLIE (USANYS)' <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** RE: RE: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

Thank you again for taking the time to speak with me today. I appreciated the conversation and wanted to follow up to quickly memorialize my understanding of the issues we discussed and the points we agreed to explore further.

First, we discussed whether there is any room for the Government to consider the circumstances surrounding Mr. Weise's repatriation loan, including whether any fraud or other unusual circumstances may bear on the situation. Relatedly, I understood that you would also look into the basis for the amount of the debt itself, including why the ticket cost was so high, why an escort was apparently necessary, and any related lodging or travel expenses reflected in the total. The loan amount seems excessive for the cost of a one-way ticket from Europe to the United States.

Second, we discussed whether there is any practical way to facilitate travel documentation through another country, to the extent Mr. Weise may have any avenue there. For example, if Mr. Weise is a citizen of a European country, that may in turn allow him to obtain a passport. I understand that may not be something the Government itself can directly control, but it is one possible path worth at least considering.

Third, we discussed the loan status and whether there is any way for Mr. Weise to address the default through Treasury, including whether some kind of payment plan, installment arrangement, or other accommodation could bring the loan current or otherwise affect the default issue.

We also discussed the portion of the case relating to the earlier passport revocation and the possibility of further proceedings on that issue. I will continue reviewing that with Mr. Weise as well.

If I missed anything, please let me know. Otherwise, thanks again, and I look forward to staying in touch.

Best,
Sami

**From:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Sent:** Wednesday, April 1, 2026 11:06 AM
**To:** Sami Elamad <sami@the-atlantic-foundation.org>
**Subject:** RE: RE: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

To arrange for the repayment of your loan, please contact the U.S. Department of the Treasury at:

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 830794
Birmingham, AL 35283
Telephone #:  1-888-826-3127

Leslie A. Ramirez-Fisher
Assistant United States Attorney
Southern District of New York
O: 212.637.0378
M: 347.578.0925

PRIVELEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system.  Thank you.

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Monday, March 30, 2026 4:04 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** Re: RE: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

Sounds good. Thank you!

-------- Original Message --------
On Monday, 03/30/26 at 15:59 RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov> wrote:

> Wednesday at 11:00 am works fine.  I will call you then.
>
> Leslie A. Ramirez-Fisher
> Assistant United States Attorney
> Southern District of New York

2

O: 212.637.0378
M: 347.578.0925

PRIVELEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system.  Thank you.

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Monday, March 30, 2026 3:55 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** RE: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

Thanks for the reply. How about Wednesday? I'm available any time, including 11am. I might be able to do tomorrow afternoon, although I have a commitment with a client in the morning and I'm not sure how long it will last.

Talk soon, Sami

**From:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Sent:** Monday, March 30, 2026 3:50 PM
**To:** Sami Elamad <sami@the-atlantic-foundation.org>
**Subject:** RE: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

Good afternoon Counsel.  I am available to discuss this week.  Would you like to set up a call?  How is tomorrow at 11:00 a.m., just as a suggestion.  I am available any time.

Leslie

Leslie A. Ramirez-Fisher
Assistant United States Attorney
Southern District of New York
O: 212.637.0378
M: 347.578.0925

PRIVELEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

3

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system. Thank you.

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Monday, March 30, 2026 3:45 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** Re: RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

A quick follow up re the below email. Please let me know. Thank you.

-------- Original Message --------
On Tuesday, 03/24/26 at 14:21 Sami Elamad <sami@the-atlantic-foundation.org> wrote:

> Good afternoon,
>
> Thank you for your prompt response. I would be glad to discuss the case with you, and a phone call would be great. I'm happy to make myself available this week or whenever works best for you, so please feel free to send over a few times that are convenient on your end.
>
> With respect to the repatriation loan, I do not yet have a complete understanding of Mr. Weise's financial circumstances. However, based on my conversations with him thus far, I have some concern that repayment may not be a realistic path forward at this time. He is currently homeless, and it is difficult for me to see how he could meaningfully repay the balance, particularly if the timeline would stretch on for years. Even apart from that, I would also need some clarification as to whether any installment plan or other accommodation could be available as part of a broader resolution. In any event, I would be glad to discuss that issue further with Mr. Weise and follow up with you.
>
> Thanks again, and I look forward to speaking with you.
>
> Best, Sami
>
> > **From:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
> > **Sent:** Tuesday, March 24, 2026 11:34 AM
> > **To:** Sami Elamad <sami@the-atlantic-foundation.org>
> > **Subject:** RE: [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

Good afternoon Counsel.  Thank you for reaching out.

I would like to discuss this case going forward.  At the moment, we have taken no action on the portion of the summary judgment that has been denied concerning the revocation of Mr. Weise's passport, because the case is pending in Court.  I would like to discuss that part of the case with you.

Regarding the remaining portion of the case regarding the passport application denial, I am open to discussing this part of the case as well.  But essentially the passport application was denied because Mr. Weise was in default on the repatriation loan at that point.  From our standpoint, the best way forward is for Mr. Weise to repay the repatriation.  It is in collection with the Department of Treasury, and as I understand it, it could take years to pay off the amount due, and thus years before he could obtain a new passport.

Do you think there is any way forward in having him repay the loan?


Leslie A. Ramirez-Fisher
Assistant United States Attorney
Southern District of New York
O: 212.637.0378
M: 347.578.0925

PRIVELEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system.  Thank you.


**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Tuesday, March 24, 2026 10:36 AM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** [EXTERNAL] Weise v. U.S. Department of State (SDNY 24-cv-5760)

Good morning,

5

I'm writing on behalf of Plaintiff Wolfgang Weise in *Weise v. U.S. Department of State,* currently pending in the Southern District of New York (no. 24-cv-5760).

As you know, the Court denied the government's summary judgment motion in part and deferred ruling on the remaining issues pending appointment of pro bono counsel. I have now appeared on Mr. Weise's behalf, and I wanted to reach out to introduce myself and get your sense of where things currently stand.

I also wanted to ask whether there may be an opportunity to resolve this matter without further litigation or motion practice. If the government is open to discussing settlement or some other path toward resolution at this stage, I would be happy to connect.

Thanks very much, and I look forward to hearing from you.

Thanks, Sami

Sami Elamad
(he/him/his)
**The Atlantic Foundation**
450 Lexington Avenue
Box 69
New York, NY 10163
Tel (646) 685-3954
Fax (646) 712-9501

The contents of this email are confidential, privileged and exempt from disclosure under applicable law. This e-mail (including attachments) is also subject to, and covered by, the attorney-client privilege and the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. This e-mail and its attachments are intended solely for the addressee. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of any portion of this message to any person other than the intended recipient is not intended to waive any right or privilege.