## Sami Elamad

| | |
|---|---|
| **From:** | RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov> |
| **Sent:** | Friday, June 5, 2026 5:06 PM |
| **To:** | Sami Elamad |
| **Subject:** | RE: RE: RE: [EXTERNAL] FW: Activity in Case . Weise v. U.S. Department of State Order |

Thank you.  You have accurately stated our position.


Leslie A. Ramirez-Fisher
Assistant United States Attorney
Southern District of New York
O: 212.637.0378
M: 347.578.0925


PRIVILEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system.  Thank you.


**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Friday, June 5, 2026 4:56 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** RE: RE: RE: [EXTERNAL] FW: Activity in Case . Weise v. U.S. Department of State Order

Thank you for speaking with me earlier today. I write to briefly memorialize our discussion in connection with the Court's order directing the parties to confer pending the June 15 conference.

1. On the request for unredacted records, you indicated that you would send me your office's model/form protective order, which would need to be executed before any unredacted materials could be provided. As mentioned, I'm happy to sign whatever documents you need.

2. On Plaintiff's TRO request, you indicated that the Department is not willing to voluntarily suspend collection absent a court order.

3. On the merits, the Department's position is that Mr. Weise had notice of the loan, had an opportunity to challenge it administratively, and failed to do so within the applicable deadline. And, because that deadline has passed, the Department does not believe he can challenge the loan/debt now. Nor is the Department willing to

give him an opportunity to utilize that administrative process now, even if the Court grants interim relief suspending collection during this litigation.

Please let me know if I missed or misstated anything. Otherwise, I understand that the parties have conferred but have not reached an agreement on a standstill pending the June 15 conference.

Thanks again, Sami

---

**From:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Sent:** Friday, June 5, 2026 3:57 PM
**To:** Sami Elamad <sami@the-atlantic-foundation.org>
**Subject:** RE: RE: RE: [EXTERNAL] FW: Activity in Case . Weise v. U.S. Department of State Order

Thank you.  Will be standing by.

---

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Friday, June 5, 2026 3:47 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** Re: RE: RE: [EXTERNAL] FW: Activity in Case . Weise v. U.S. Department of State Order

No worries, 4:15 works too. Talk then

-------- Original Message --------
On Friday, 06/05/26 at 15:40 RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov> wrote:

> I am sorry—could not break away, can we make the call 4:15?  Leslie

> ---

> **From:** Sami Elamad <sami@the-atlantic-foundation.org>
> **Sent:** Friday, June 5, 2026 3:12 PM
> **To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
> **Subject:** Re: RE: [EXTERNAL] FW: Activity in Case . Weise v. U.S. Department of State Order

> 4pm works great. I will give you a call then.

> Thanks, Sami

> -------- Original Message --------
> On Friday, 06/05/26 at 14:59 RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov> wrote:

>> Good afternoon Counsel.  I am available to discuss these cases today.  I will be stepping away from my desk right now, but will be back in the office by 4:00 p.m.  Please advise if 4:00 p.m. today is a good time for you or any time thereafter today.  Otherwise, we can try for Monday.

>> I can be reached at either the below-listed numbers.  I am happy to call you as well-please advise best number.  Thank you.  Leslie

Leslie A. Ramirez-Fisher
Assistant United States Attorney
Southern District of New York
O: 212.637.0378
M: 347.578.0925

PRIVILEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system.  Thank you.

---

**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Friday, June 5, 2026 12:09 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** [EXTERNAL] FW: Activity in Case . Weise v. U.S. Department of State Order

Counsel – I write regarding the Court's order entered earlier today (see below) directing the parties to meet and confer regarding whether they will agree to any form of standstill pending the June 15 conference.

I understand from your email yesterday that you are conferring with the Department regarding Plaintiff's filings and our prior correspondence. Nevertheless, in light of the Court's order, I wanted to reiterate that Plaintiff remains open to discussing any resolution or proposed standstill the Department may be willing to consider. I am happy to discuss by phone if that would be helpful.

Thank you, as always, and do not hesitate to reach out if you have any questions or concerns.

Best,
Sami

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
<NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Friday, June 5, 2026 11:02 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case . Weise v. U.S. Department of State Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**
**U.S. District Court**
**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/5/2026 at 11:02 AM EDT and filed on 6/5/2026

**Case Name:**         Weise v. U.S. Department of State
**Case Number:**       1:24-cv-05760-LJL
**Filer:**
**Document Number:** 70

**ORDER: Plaintiff has filed a motion for a temporary restraining order. Dkt. No. 14. The Court is prepared to hear the parties regarding that motion at the conference already scheduled in this action and in the related matter, No. 24-cv-5760, for June 15, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse. The parties shall also be prepared to discuss the status of the related matter at that time. The parties are directed to meet and confer regarding whether they will agree to any form of a standstill pending the conference on June 15, 2026, and to advise the Court of the results of such meet and confer no later than June 9, 2026. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/5/2026) (ks)**

**Case Name:**         Weise v. U.S. Department of State et al
**Case Number:**       1:26-cv-04422-LJL
**Filer:**
**Document Number:** 19

**ORDER: Plaintiff has filed a motion for a temporary restraining order. Dkt. No. 14. The Court is prepared to hear the parties regarding that motion at the conference already scheduled in this action and in the related matter, No. 24-cv-5760, for June 15, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse. The parties shall also be prepared to discuss the status of the related matter at that time. The parties are directed to meet and confer regarding whether they will agree to any form of a standstill pending the conference on June 15, 2026, and to advise the Court of the results of such meet and confer no later than June 9, 2026. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/5/2026) (ks)**

**1:24-cv-05760-LJL Notice has been electronically mailed to:**

Leslie A. Ramirez-Fisher     leslie.ramirez-fisher@usdoj.gov,

CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Sami Elamad    sami@the-atlantic-foundation.org

**1:24-cv-05760-LJL Notice has been delivered by other means to:**

**1:26-cv-04422-LJL Notice has been electronically mailed to:**

Sami Elamad    sami@the-atlantic-foundation.org

**1:26-cv-04422-LJL Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/5/2026] [FileNumber=34895128-0
] [0163bcdf894bada59ad8310d0c751f963ac9c465fe45de57ad506e2e333199b480a
2c461845e5370ad4c164487daaeeffe6293200533000f3ce1c2a1095aae03]]