AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Wolfgang Weise, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26 Civ. 4422 (LJL) |
| U.S. Department of State, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.                                                                                          .

Date:      06/10/2026

/s/  Leslie A. Ramirez-Fisher
*Attorney's signature*

AUSA Leslie A. Ramirez-Fisher
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

leslie.ramirez-fisher@usdoj.gov
*E-mail address*

(212) 637-0378
*Telephone number*

(212) 637-2750
*FAX number*