

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2026

<u>VIA ECF</u>
Hon. Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  ***Weise v. U.S. Department of State,* No. 24 Civ. 5760 (LJL)**
           ***Weise v. U.S. Department of State, et al.,* No. 26 Civ. 4422 (LJL)**

Dear Judge Liman:

      This Office represents the government in these above-referenced actions.  The parties have conferred regarding proposed scheduling order in these matters.

      Regarding *Weise v. U.S. Department of State, et al.,* No. 26 Civ. 4422 (LJL), the parties propose the following schedule:  Defendant will file the certified administrative record in the July 14, 2026, and move for summary judgment by July 28, 2026.  Plaintiff would then file his cross-motion for summary judgment and opposition by August 11, 2026.  Defendant would then file its opposition and reply by August 18, 2026.  Plaintiff's reply would then be due by August 25, 2026.

      Regarding *Weise v. U.S. Department of State*, No. 24 Civ. 5760 (LJL), the parties propose that the government move for summary judgment on the existing certified administrative record on July 28, 2026.  Plaintiff would then file his cross-motion for summary judgment and opposition by August 11, 2026.  Defendant would then file its opposition and reply by August 18, 2026. Plaintiff's reply would then be due by August 25, 2026.

      We thank the Court for its consideration of this request.

                     Respectfully submitted,

                     JAY CLAYTON
                     United States Attorney

          By:     s/ *Leslie A. Ramirez-Fisher*
                     LESLIE A. RAMIREZ-FISHER
                     Assistant United States Attorney
                     86 Chambers Street, 3rd Floor
                     New York, New York 10007
                     Telephone: (212) 637-0378
                     E-mail: leslie.ramirez-fisher@usdoj.gov
                     *Attorney for Defendant*

cc: Counsel of Record (By ECF)