## Sami Elamad

| | |
|---|---|
| **From:** | RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov> |
| **Sent:** | Wednesday, June 24, 2026 4:26 PM |
| **To:** | Sami Elamad |
| **Subject:** | RE: [EXTERNAL] FW: Activity in Case 1:26-cv-04422-LJL Weise v. U.S. Department of State et al Notice to Attorney Regarding Deficient Pleading |

We consent to filing of the second amended complaint (currently ECF No. 29 on the docket).


Leslie A. Ramirez-Fisher
Assistant United States Attorney
Southern District of New York
O: 212.637.0378
M: 347.578.0925


PRIVILEGED AND CONFIDENTIAL/ATTORNEY CLIENT COMMUNICATION

The United States Attorney's Office for the Southern District of New York intends that this electronic message, and any attached documents, be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify me immediately by telephone at 212.637.0378, and delete the original message from your email system.  Thank you.


**From:** Sami Elamad <sami@the-atlantic-foundation.org>
**Sent:** Wednesday, June 24, 2026 4:00 PM
**To:** RAMIREZ-FISHER, LESLIE (USANYS) <LESLIE.RAMIREZ-FISHER@usdoj.gov>
**Subject:** [EXTERNAL] FW: Activity in Case 1:26-cv-04422-LJL Weise v. U.S. Department of State et al Notice to Attorney Regarding Deficient Pleading

Counsel – As you may know, I filed an amended complaint (FAC), ECF 28, as of right under Rule 15(a)(1) yesterday evening. Shortly afterward, I filed a corrected amended complaint, ECF 29, to address a few typos and cleanup issues.

The Clerk's Office advised that, because the FAC had already been filed, any corrected version must be filed with leave or by consent. The FAC, ECF 28, is thus the operative complaint for now. However, ECF 29 is nearly identical and would make more sense as the operative pleading. That being said, would the Government consent to Plaintiff's corrected amended complaint, ECF 29, being treated as the operative complaint?

Thank you so much in advance for your time and consideration. As always, please let me know if you have any questions or concerns.

1

Best,
Sami

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, June 24, 2026 3:30 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:26-cv-04422-LJL Weise v. U.S. Department of State et al Notice to Attorney Regarding Deficient Pleading

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 6/24/2026 at 3:30 PM EDT and filed on 6/24/2026
**Case Name:**           Weise v. U.S. Department of State et al
**Case Number:**       1:26-cv-04422-LJL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Sami Elamad re: Document No. [29] Amended Complaint. The filing is deficient for the following reason(s): Court's leave has not been granted. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (sj)**

**1:26-cv-04422-LJL Notice has been electronically mailed to:**

Leslie A. Ramirez-Fisher       leslie.ramirez-fisher@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Sami Elamad      sami@the-atlantic-foundation.org

**1:26-cv-04422-LJL Notice has been delivered by other means to:**