**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 7, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Weise v. U.S. Department of State, et al.,* 26 Civ. 4422 (LJL)

Dear Judge Liman:

This Office represents defendants the State Department and Patrick Knapp in the above-captioned case brought by Plaintiff against the U.S. Department of State (the "State Department"), under the Administrative Procedure Act ("APA") and asserting Fifth Amendment Due Process violations against Mr. Knapp. With Plaintiff's consent, I am writing to respectfully request a six-day extension of time from August 11, 2026, until August 17, 2026, to file a combined brief in support of the State Department's summary judgment motion and Mr. Knapp's motion to dismiss, a 1,000-word enlargement of the State Department's and Mr. Knapp's opening brief, and a corresponding 1,000-word enlargement of Plaintiff's brief in support of his cross-motion for summary judgment and in opposition to the Government's motions.

The reason for the extension request is my extremely busy immigration docket, in which I had two emergency filings last week and this week in a habeas matter, and another filing deadline this week in another immigration case. This is the State Department's second request for an extension to file its summary judgment motion in this matter. *See* ECF No. 37. This is Mr. Knapp's first request for an extension to file his motion to dismiss. *Id.* The reason for the page enlargement is to address fully the causes of action alleged in the second amended complaint raised against the State Department and to fully address those matters raised against Mr. Knapp.

Should the Court grant the Government's extension request, the proposed new briefing deadlines are as follows: (1) by August 17, 2026, the State Department will move for summary judgment and any other relief, and Mr. Knapp will move to dismiss the claims against him; (3) by August 31, 2026, Plaintiff will cross-move for summary judgment and oppose the State Department's and Mr. Knapp's motions; (4) by September 8, 2026, the State Department and Mr. Knapp will file their reply and opposition to Plaintiff's cross-motion; and (5) by September 15, 2026, Plaintiff will file his reply.

I thank the Court for its consideration of these requests.

Sincerely,

JAMES MCDONALD
United States Attorney

By: *__/s/ Leslie A. Ramirez-Fisher______*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
Tel: (212) 637-0378
Email: leslie.ramirez-fisher@usdoj.gov

cc: Counsel of Record (via ECF)